Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant



T-SEALED

| | | |
|---|---|---|
| Name of Offender: | **Richard Lee Richards** | Case No.: **CR-19-02376-001-TUC-RM (DTF)** |
| Name of Judicial Officer: | **The Honorable Rosemary Marquez** <br> **United States District Judge** | |
| Date of Original Sentence: | **February 25, 2020** | |
| Original Offense: | **Transportation of Illegal Aliens for Profit, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(i), a Class C Felony** | |
| Original Sentence: | **13 months Bureau of Prisons, 24 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **8/7/2020** <br> Date Supervision Expires: **8/6/2022** |
| Assistant U.S. Attorney: | **Heather Nicole Siegele** <br> 520-620-7367 | Defense Attorney: **Brick P. Storts** <br> 520-882-2802 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Richard Lee Richards has violated the following condition(s) of supervision:

**Allegation**     **Nature of Noncompliance**

A     **Mandatory Condition #3** which states, "*You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.*"

1) On September 2, 2020, during a review of his conditions of supervised release, Richards was directed to refrain from any unlawful use of a controlled substance. During this meeting, Richards admitted in writing to using a controlled substance, marijuana and heroin. Grade C violation. §7B1.1(a)(3)

2) On September 2, 2020, during a review of his conditions of supervised release, Richards was directed to refrain from any unlawful use of a controlled substance. On September 24, 2020, during a telephonic meeting, Richards admitted he used a controlled substance (heroin), after his use on September 2, 2020. Grade C violation 7B1.1(a)(3)

B        **Special Condition #1** which states, "*You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.*"

On September 2, 2020, during a review of his conditions of supervised release, Richards was directed to participate in a program of substance abuse. On or about October 22, 2020, Richards failed to participate in treatment at America's Rehab Campuses (ARC) as instructed by probation. Grade C violation §7B1.1(a)(3).

C        **Special Condition #5** which states, "*You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.*"

On September 2, 2020, during a review of his conditions of supervision, Richards was instructed to participate in a mental health assessment and follow any treatment recommendations. Richards has failed to follow the recommendations of the mental health treatment provider (Connections Health Solutions).
Grade C violation §7B1.1(a)(3).

Page 3
RE:  Richard Lee Richards
Petition to Revoke
November 19, 2020

**U.S. Probation Officer Recommendation and Justification**

Richard Lee Richards has violated the trust of the Court.  A warrant is recommended as Richard Lee Richards's whereabouts are unknown and he is considered a high-risk offender.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| Michelle M. Diaz | November 23, 2020 |
| U.S. Probation Officer | Date |
| Office:  520-205-4581 | |
| Cell:  520-269-9016 | |

| | |
|---|---|
| Regan Andrews | November 23, 2020 |
| Supervisory U.S. Probation Officer | Date |
| Office:  520-205-4428 | |
| Cell:  520-989-1481 | |

The Court Orders

☐ No Action
☑ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

| | |
|---|---|
| The Honorable Rosemary Marquez | 11/25/2020 |
| United States District Judge | Date |