# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Richard Lee Richards**

No. CR-19-02376-001-TUC-RM (DTF)

**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**

Brick P. Storts, III (CJA)
Attorney for Defendant

USM#: 24233-508

On 2/25/2020 the defendant, present with counsel, appeared for sentencing for violating Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), Transportation of Illegal Aliens for Profit, Class C felony offense, as charged in the Information.

The defendant was sentenced to a term of **THIRTEEN (13) MONTHS** imprisonment and upon release, **TWO (2) YEARS** of supervised release to follow.

On 11/25/2020 the United States Probation Office filed a petition to revoke the term of supervised release.

On 2/1/2021 the defendant appeared with counsel and admitted allegation A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 2/25/2020 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FIVE (5) MONTHS**, with NO term of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Thursday, April 15, 2021**

Dated this 16th day of April, 2021.

_____
Honorable Rosemary Márquez
United States District Judge